*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4594-GHK (PLAx) | Date | October 11, 2016 |
|---|---|---|---|
| Title | *Asencion Gines Dominguez v. Abel De Luna, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE** |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause

On June 24, 2016, pro se Plaintiff Asencion Gines Dominguez filed this action against Defendants Abel De Luna, Ruben Mondragon, Victor Paramo, Julio Flores, Enrique Facio, Patricia Guerrero, Care More Health Services, Inc., and Does 1-10. (Dkt. 1.) Pursuant to Federal Rule of Civil Procedure 4(m) a defendant must be served with the summons and complaint "within 90 days after the complaint is filed," or we "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). It has been more than 90 days since the Complaint was filed, and Plaintiff has not filed proof of service as to any Defendant. Accordingly, Plaintiff is hereby **ORDERED** to file proper proof of service as to each Defendant **within 14 days hereof** or else show cause in writing, within the same 14 days, why proper service was not effected. Failure to timely or adequately file proof of service or show cause as set forth above, **SHALL** be deemed Plaintiff's abandonment of this action, and this action will be dismissed without prejudice for failure to prosecute and failure to comply with our Order.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | PS |