**JS-6**

**Filed: 12/21/16**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Asencion Gines Dominguez*, | CASE NO. CV 16-4594-GHK (PLAx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Abel De Luna, et al.*, | |
| Defendants. | |

On November 4, 2016, we dismissed this action without prejudice as to Defendants Abel De Luna, Ruben Mondragon, Victor Paramo, Julio Flores, Enrique Facio, and Care More Health Services, Inc. (Dkt. 17.) On December 21, 2016, we dismissed this action without prejudice as to Defendant Patricia Guerrero, the sole remaining defendant. Accordingly, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 21, 2016

_____
GEORGE H. KING
United States District Judge